Same case below, 405 Fed. Appx. 66.

**No. 10-10504. Andre Cole, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center, et al.**

565 U.S. 839, 132 S. Ct. 147, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 6016.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 623 F.3d 1183.

**No. 10-10506. Mondrea Vinning, Petitioner v. Illinois.**

565 U.S. 839, 132 S. Ct. 147, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 6033.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 404 Ill. App. 3d 1171, 374 Ill. Dec. 1079, 996 N.E.2d 774.

**No. 10-10507. Theodore O. Wilson, Petitioner v. Arnold Schwarzenegger, et al.**

565 U.S. 839, 132 S. Ct. 148, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 6163.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10508. Theodore O. Wilson, Petitioner v. Arnold Schwarzenegger, et al.**

565 U.S. 839, 132 S. Ct. 148, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 5984.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10509. Theodore O. Wilson, Petitioner v. Arnold Schwarzenegger, et al.**

565 U.S. 839, 132 S. Ct. 148, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 6228.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10510. Theodore O. Wilson, Petitioner v. Arnold Schwarzenegger, et al.**

565 U.S. 839, 132 S. Ct. 148, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 6304.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10516. Jimmy Morgan, Petitioner v. Andrew Jackson, Warden.**

565 U.S. 839, 132 S. Ct. 148, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 6003.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10517. Stephen Wayne Norwood, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 839, 132 S. Ct. 148, 181 L. Ed. 2d 65, 2011 U.S. LEXIS 5960.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.